UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANTHONY WIDEMAN                                            PETITIONER

v.                                 CIVIL ACTION NO. 3:11-CV-P448-R

KATHLEEN MONTANO et al.                              RESPONDENTS

**MEMORANDUM OPINION**

      By Order entered August 22, 2011, this Court denied the petitioner's application to proceed without prepayment of fees and ordered the petitioner to pay the $5.00 filing fee within 30 days or have his action dismissed (DN 5).  More than 30 days have elapsed from the entry of that Order, and the petitioner has failed to file the requisite fee.  Accordingly, by separate Order, the Court will dismiss the petition for failure to comply with a prior Order of this Court and for failure to prosecute.

Date:

cc:       Petitioner, *pro se*
4413.009